FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC -1  AM 11: 48

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
       Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **ANDREW DOMINGUEZ**<br>**AMY DOMINGUEZ,**<br>   **Debtor(s)** | **Bankruptcy No. 08-22847**<br>**(Chapter 7)**<br>Judge R. Kimball Mosier |



## DEPOSIT OF UNCLAIMED FUNDS

    David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

    ✔ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ____ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 215 | Outsource<br>PO Box 166<br>Ogden, UT 84402 | $11.92 |

    A check in the amount of $11.92 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

    DATED this _24_ day of November, 2010

                                        DAVID L. MILLER
                                        Chapter 7 Trustee